154 A.3d 706

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. FREDERICK BRITTON, DEFENDANT–PETITIONER.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–000234–15 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.

154 A.3d 707

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DEXTER L. CANNADY (A/K/A DEXTER L. CANNADAY), DEFENDANT-PETITIONER.

October 28, 2016

ON PETITION FOR CERTIFICATION

To the Appellate Division, Superior Court:

A petition for certification of the judgment in A–005557–13 having been submitted to this Court, and the Court having considered the same;

It is ORDERED that the petition for certification is denied.